UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-00542 RS |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| ANTHONY HUNTER, | ) ) | |
| Defendant. | ) ) ) | |

Leave is granted to the government to dismiss the indictment. The indictment is hereby ordered dismissed without prejudice.

Dated: July 31, 2019

RICHARD SEEBORG
United States District Judge

ORDER OF DISMISSAL
CR 18-00542 RS